IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL OWEN FORD, JR.**                                                                                          **PLAINTIFF**
Reg #26938-009

v.                                        Case No. 4:23-cv-00753-JM-PSH

**JOHN STANLEY,** *et al.*                                                                                        **DEFENDANTS**

## ORDER

Plaintiff Daniel Owen Ford, Jr. filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on August 15, 2023, while incarcerated at the Lonoke County Detention Center (Doc. No. 2). On August 28, 2023, U.S. Magistrate Judge Patricia S. Harris entered an order directing Ford to file an amended complaint within 30 days to clarify his claims. *See* Doc. No. 3. Ford was cautioned that failure to comply with the Court's order within that time may result in the dismissal of his case. *Id.* After Ford filed a notice of his change in address (Doc. No. 5), Judge Harris gave him until October 16, 2023, to file his amended complaint. *See* Doc. No. 6.

Because Ford has not timely filed an amended complaint in accordance with Judge Harris's order, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Ford's complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE.

DATED this 24th day oof October, 2023.

_____
UNITED STATES DISTRICT JUDGE