IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL OWEN FORD, JR.**                                                                           **PLAINTIFF**
**Reg #26938-009**

v.                                              Case No. 4:23-cv-00753-JM-PSH

**JOHN STANLEY,** *et al.*                                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 24th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE